1  CENTER FOR DISABILITY ACCESS
   Chris Carson, Esq., SBN 280048
2  Dennis Price, Esq., SBN 279082
   Amanda Seabock, Esq., SBN 289900
3  <u>Mail</u>: PO Box 262490
   San Diego, CA 92196-2490
4  <u>Delivery</u>: 9845 Erma Road, Suite 300
   San Diego, CA 92131
5  (858) 375-7385; (888) 422-5191 fax
   phylg@potterhandy.com
6
   Attorneys for Plaintiff
7
   JOHN R. CAMPO (SBN: 157137)
8  jcampo@bbgslaw.com
   BRANSON, BRINKOP, GRIFFITH & CAMPO, LLP
9  634 Bair Island Road, Suite 400
   Redwood City, CA 94063
10 Telephone: (650) 356-7710
   Facsimile: (602)865-1984
11
   Attorneys for Defendants
12 Welch Family Partnership LLC and Fat Wong's Kitchen, Inc.

**IT IS SO ORDERED**
Judge Thomas S. Hixson

**Case is dismissed with prejudice. The Clerk shall close the file.**
**Dated: 4/19/2019**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>WELCH FAMILY PARTNERSHIP LLC, a California Limited Liability Company; FAT WONG'S KITCHEN, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 3:18-CV-06370-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 18, 2019                CENTER FOR DISABILITY ACCESS


                                     By: /s/ Amanda Lockhart Seabock
                                         Amanda Lockhart Seabock
                                         Attorneys for Plaintiff


Dated: April 18, 2019                BRANSON, BRINKOP, GRIFFITH & CAMPO, LLP


                                     By: /s/ John R. Campo
                                         John R. Campo
                                         Attorneys for Defendants
                                         Welch Family Partnership LLC and Fat Wong's
                                         Kitchen, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to John R. Campo, counsel for Welch Family Partnership LLC and Fat Wong's Kitchen, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated:                      CENTER FOR DISABILITY ACCESS

                             By: /s/ Amanda Lockhart Seabock
                                   Amanda Lockhart Seabock
                                   Attorneys for Plaintiff